# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeffrey A. Schurr,<br><br>*Debtor*. | Case No. 24-10754-amc<br>Chapter 13 |

### Order Granting Debtor's Motion to Approve Distribution

And now, after consideration of the Motion to Approve Distribution filed by Debtor Jeffrey A. Schurr, with proper notice and opportunity for hearing, the Court finds that:

A. The Debtor's award under the Combat Arms Earplugs Settlement Program is not property of the bankruptcy estate.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's award under the Combat Arms Earplugs Settlement Program may be distributed however necessary and proper under nonbankruptcy law.

Date: Nov. 8, 2024

Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC:  Combat Arms Earplugs Settlement Program
Settlement Administrator
P.O. Box 27192
Richmond, VA 23261

Douglas & London P.C.
59 Maiden Ln
6th Floor
New York, NY 10038